

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | No. 08-16-00171-CV |
| IN THE MATTER | § | |
| | | Appeal from the |
| OF THE ESTATE | § | |
| | | 112th District Court |
| OF ODIS M. HOLIMAN | § | |
| | | of Upton County, Texas |
| | § | |
| | | (TC# 14-06-U4361-OTH) |
| | § | |
| | § | |

## **J U D G M E N T**

The Court has considered this cause on Appellant's motion to dismiss the appeal and concludes that the appeal should be dismissed, in accordance with the opinion of this Court. We therefore dismiss the appeal. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 14TH DAY OF DECEMBER, 2016.

                                               YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.